# Supreme Court of Kentucky

2021-SC-0399-MR

CHRISTIAN RICHARD MARTIN                                             APPELLANT

ON APPEAL FROM CHRISTIAN CIRCUIT COURT
V.                     HONORABLE JOHN L. ATKINS, JUDGE
NO. 19-CR-00298

COMMONWEALTH OF KENTUCKY                                             APPELLEE

## ORDER CORRECTING

The Court, on its own motion, orders that the attached Order of the Court be substituted in lieu of the original Order, entered on February 15, 2024, to correct a typographical error appearing in the entry date of the Order. The Order as originally entered stated the entry date as February 15, 2022, when the Order was, in fact, entered on February 15, 2024. The entry of this Order Correcting shall in no way affect the ruling of the Court on the Appellant's Petition for Rehearing.

ENTERED: February 16, 2024.

_____
CHIEF JUSTICE LAURANCE B. VANMETER

# Supreme Court of Kentucky

2021-SC-0399-MR

CHRISTIAN RICHARD MARTIN                                         APPELLANT

ON APPEAL FROM CHRISTIAN CIRCUIT COURT
V.               HONORABLE JOHN L. ATKINS, JUDGE
                        NO. 19-CR-00298

COMMONWEALTH OF KENTUCKY                                          APPELLEE

## MODIFIED ORDER DENYING PETITION FOR REHEARING

The Petition for Rehearing, filed by the Appellant, of the Opinion of the

Court, rendered October 26, 2023, is DENIED.

VanMeter, C.J.; Bisig, Conley, Keller, Lambert and Nickell, JJ., sitting.

All concur.  Thompson, J., not sitting.

ENTERED: February 15, 2024.

_____
CHIEF JUSTICE LAURANCE B. VANMETER